Stanakenas Unemployment Compensation Case. Wilkes-Barre Transit Corporation, Appellant, *v.* Unemployment Compensation Board of Review.

Argued May 1, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*N. Brian Caverly,* with him *Bedford, Waller, Griffith, Darling & Mitchell,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for appellee.

OPINION PER CURIAM, May 27, 1970:
Order affirmed.